on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (McLaughlin and Scott, JJ., dissented on the ground that the complaint stated no cause of action.)

Joseph J. Fay, Respondent, v. Cornelius J. Purcell, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Angelino Sylvestro, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benjamin E. Moore, Appellant, v. William O'Rourke, as President of the United Housesmiths and Bronze Erectors' Union, Local No. 52, of the International Association of Bridge and Structural Iron Workers, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Sarah E. Colligan, Respondent, v. F. W. Woolworth Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Florence Halsted, Appellant, v. Julia Greer Simmons, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Alexander De Meo, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ludwig Meyer, Appellant, v. Dayton Hedges, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ludwig Meyer, Appellant, v. Dayton Hedges, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The German-American Coffee Company, Appellant, v. Clarence A. Diehl, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements, on *de Raismes* v. *U. S. Lithograph Co.* (161 App. Div. 781). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., and Scott, J., dissented on the dissenting opinion in that case.)

The German-American Coffee Company, Appellant, v. John O'Neil, Respondent. (No. 1.) — Judgment and order affirmed, with costs, on *de Raismes* v. *U. S. Lithograph Co.* (161 App. Div. 781). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., and Scott, J., dissented on dissenting opinion in that case.)

Windsor Realty Company, Appellant, v. William H. Reddy and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lester Doctor, Appellant, v. Edward A. Manice and Another, Composing the Firm, etc., Respondents.— Judgment affirmed, with costs. No opin-